**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-21282-RAR**

**WINDY LUCIUS,**

Plaintiff,

v.

**CULT GAIA, LLC,**

Defendant.
_______________________________________/

**ORDER TO PERFECT SERVICE**

**THIS CAUSE** comes before the Court *sua sponte*. This case was filed on March 19, 2025, [ECF No. 1], and a summons was issued as to Defendant on that same day, [ECF No. 3]. To date, there is no indication in the court file that Defendant Cult Gaia, LLC has been served with the summons or the Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **June 17, 2025**, Plaintiff shall perfect service upon Defendant or show good cause as to why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **June 17, 2025**, will result in a dismissal of this action without further notice.

**DONE AND ORDERED** in Miami, Florida, this 21st day of April, 2025.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**