UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 25-cv-21282-RAR

WINDY LUCIUS

Plaintiff,

v.

CULT GAIA, LLC.

Defendant.

_______________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff WINDY LUCIUS, by and through counsel, and pursuant to Fed. R. Civ. P. Rule 41(a), hereby gives notice that she voluntarily dismisses this action with prejudice against Defendant, CULT GAIA, LLC., and respectfully requests that this Court terminates the action.

Respectfully submitted on June 17, 2025

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2025, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*