**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-21282-RAR**

**WINDY LUCIUS**,

Plaintiff,

v.

**CULT GAIA, LLC**,

Defendant.
______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice ("Notice"), [ECF No. 9], filed on June 17, 2025. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED *with prejudice***. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of June, 2025.

______________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**